# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UPSHER-SMITH LABORATORIES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 21-1132-GBW |
| ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LIMITED, | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION OF SARAH SCHUMACHER

PLEASE TAKE NOTICE that in accordance with Rules 26 and 30 of the Federal Rules of Civil Procedure, Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (together, "Zydus"), by and through their attorneys, will take the deposition upon oral examination of Sarah Schumacher, whose address is known to Upsher-Smith Laboratories, LLC.  The deposition will take place on a mutually agreeable date and time at the offices of Locke Lord LLP, 111 S. Wacker Dr., Chicago, IL 60606 or another mutually agreeable location.  The deposition will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths and will continue until it is complete.  The deposition will be recorded stenographically, on videotape, and by instant visual display of testimony using LiveNote or similar software.

Dated: January 18, 2024

Respectfully submitted,

*/s/ Megan C. Haney*
John C. Phillips, Jr. (# 110)
Megan C. Haney (#5016)
**PHILLIPS, MCLAUGHLIN & HALL, P.A.**
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Of Counsel*
Michael J. Gaertner (*pro hac vice*)
James T. Peterka (*pro hac vice*)
Andy J. Miller (*pro hac vice*)
Jonathan Turpin (*pro hac vice*)
Timothy F. Peterson (*pro hac vice*)
Sky Emison (*pro hac vice*)
David M. Knapp (*pro hac vice*)
Hannah J. Thomas (*pro hac vice*)
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0700
mgaertner@lockelord.com
jpeterka@lockelord.com
amiller@lockelord.com
jonathan.turpin@lockelord.com
tpeterson@lockelord.com
sky.emison@lockelord.com
david.knapp@lockelord.com
hthomas@lockelord.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*