**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UPSHER-SMITH LABORATORIES, LLC, | Civil Action No. 21-1132-GBW |
| Plaintiff, | |
| v. | |
| ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LIMITED, | |
| Defendants. | |

## <u>NOTICE OF DEPOSITION OF BRIJ KHERA</u>

PLEASE TAKE NOTICE that in accordance with Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Upsher-Smith Laboratories, LLC, by and through its attorneys, will take the deposition upon oral examination of Brij Khera, whose address is known to Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited. Pursuant to the parties' agreement, the deposition will take place on March 6, 2024, at 9:00am ET, at McCarter & English, LLP, Two Tower Center Blvd. 24th Floor, East Brunswick, NJ 08816, or at such other time and location as the Parties may mutually agree. The deposition will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths and will continue until it is complete. The deposition will be recorded by stenographic, audio, video, and/or real-time transcription.

Dated: February 20, 2024

OF COUNSEL:


Daniel V. Ward
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
daniel.ward@ropesgray.com


Andrew Radsch
ROPES & GRAY LLP
1900 University Ave., 6th Floor
East Palo Alto, CA 94303
(650) 617-4000
andrew.radsch@ropesgray.com

Kathryn C. Thornton
ROPES & GRAY LLP
2099 Pennsylvania Ave. NW
Washington, DC 20006
(202) 508-4724
Kathryn.thornton@ropesgray.com

Joshua D. Curry
LEWIS BRISBOIS
600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308
(404) 567-6565
Josh.Curry@lewisbrisbois.com

Lawrence LaPorte
LEWIS BRISBOIS
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 580-6396
Lawrence.LaPorte@lewisbrisbois.com

Respectfully submitted,

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Upsher-Smith Laboratories, LLC*

ME1 47682583v.1